## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TERRY ODELL                                                          PLAINTIFF

v.                                    No: 4:21-cv-1012-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF;  and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                              DEFENDANTS

## JUDGMENT

Odell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2021